

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-14-00265-CV**

**IN RE DEMILEC (USA) INC. AND POLYURETHANE SYSTEMS (USA),**
**LLC F/K/A DEMILEC (USA), LLC**

_____

**Original Proceeding**

## ORDER

Relator's Motion to Abate and/or Stay This Original Proceeding has been considered by the Court. The motion to abate is denied; the trial court retains jurisdiction while this Court determines the issues in an original proceeding. *See generally*, TEX. R. APP. P. 52.10. The motion to stay, however, is granted. The relator is ordered to file a status report within the earlier of 7 days of the respondent's subsequent ruling or within 42 days of the date of this order.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion denied in part and granted in part
Order issued and filed October 30, 2014

